UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO L. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE COMPENSATION INSURANCE FUND, et al.,<br><br>    Defendants. | Case No. 4:24-cv-06587-KAW<br><br>**SECOND ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 8, 9 |

On September 19, 2024, Plaintiff filed this civil action and application to proceed *in forma pauperis*. On November 1, 2024, the Court granted Plaintiff's application to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e)(2), the Court then screened Plaintiff's complaint and found it deficient, finding that Plaintiff had failed to set forth a "short and plain statement of the claim showing that the pleader is entitled to relief." (Dkt. No. 8 at 3.) The Court ordered Plaintiff to file an amended complaint that provided the legal and factual basis for all claims by November 25, 2024. *Id.* at 3. The Court warned that the failure to do so would result in the case being reassigned to a district judge with the recommendation that the case be dismissed. *Id.*

Plaintiff did not file an amended complaint. On December 3, 2024, the Court issued an order to show cause why the case should not be dismissed for failure to prosecute, and why Plaintiff did not timely file the amended complaint. (Dkt. No. 9.) Plaintiff was also ordered to file the first amended complaint. Plaintiff was again advised that the failure to comply would result in the case being reassigned with the recommendation that it be dismissed. *Id.* at 1. To date, Plaintiff has not filed an amended complaint or responded to the order to show cause.

Accordingly, the Court hereby issues a SECOND ORDER TO SHOW CAUSE and orders Plaintiff to show cause, in writing, by **February 14, 2025**, why the case should not be dismissed

for failure to prosecute, why he did not timely file the amended complaint, and why he did not respond to the first order to show cause. Additionally, Plaintiff shall file the amended complaint. Failure to respond to the order to show cause and file the amended complaint by the deadline **will** result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed.

Again, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment. Plaintiff may also wish to consult the manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: https://cand.uscourts.gov/pro-se-litigants/.

Finally, the Court continues the case management conference set for February 11, 2025 to June 10, 2025 at 1:30 p.m. via Zoom. Case management statements are due on or before June 3, 2025.

IT IS SO ORDERED.

Dated: January 13, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2